## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| GABRIELA AMAYA CRUZ; CHRISTIAN PALLIDINE; and ÁNGEL JAE TORRES BUCCI, <br><br> Plaintiffs, <br><br> v. <br><br> MIAMI-DADE COUNTY; DANIEL JUNIOR, in his official capacity as Director of Miami-Dade County Department of Corrections and Rehabilitation and his individual capacity; CAPTAIN J. BARBER, SERGEANT TAMMY ROZIER; CORPORAL ROBINSON; SHIFT COMMANDER M. BARROW; OFFICER THOMAS MILLER JR., OFFICER DONALD FORBES, OFFICER A. MISSIAL, OFFICER AMANDA BROWN, CHARGE NURSE ANITA KOMNINAKIS, OFFICER YOLANDA BARRETT, OFFICER HALL, NURSE JANE DOE 1, OFFICERS JANE DOE 2-5, SUPERVISORS JEAN DOE 6-7, OFFICER JOHN DOE 8, OFFICER JANE DOE 9, OFFICER JOHN DOE 10, OFFICER JANE DOE 11, OFFICER JOHN DOE 12, OFFICERS JANE DOE 13-15, OFFICER JOHN DOE 16, NURSE JANE DOE 17, OFFICER JOHN DOE 18, in their individual capacity. <br><br> Defendants. | Civil Action File No. <br> 1:22-cv-20314-KMW |

### **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs, GABRIELA AMAYA-CRUZ, CHRISTIAN PALLIDINE, and ÁNGEL JAE TORRES BUCCI, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby voluntarily dismiss this action. Plaintiffs have resolved their claims (see Exs. A & B) against all Defendants and therefore dismiss the action with prejudice.

Dated:  September 23, 2022

Respectfully submitted,

/s/ Scott D. McCoy
*On behalf of Counsel for Plaintiffs*

Scott D. McCoy (Fla. Bar No. 1004965)
SOUTHERN POVERTY LAW CENTER
2 S. Biscayne Blvd., Ste. 3750
Miami, FL 33137
Telephone: 786-810-5673
Facsimile: 786-237-2949
E-mail: Scott.McCoy@splcenter.org

Aaron Fleisher*
Jennifer Vail*
SOUTHERN POVERTY LAW CENTER
1101 17th St., N.W.
Washington, DC 20036
Telephone: 202-536-9719
Facsimile: 202-971-9205
Aaron.Fleisher@splcenter.org
Jennifer.Vail@splcenter.org

Gabriel Arkles*
Shayna Medley*
TRANSGENDER LEGAL DEFENSE
   AND EDUCATION FUND, INC.
520 8th Ave, Ste. 2204
New York, NY 10018
Telephone: 646-993-1680
Facsimile: 646-993-1686
garkles@transgenderlegal.org
smedley@transgenderlega.org

Anya A. Marino (Fla. Bar No. 1021406)
HARVARD LAW SCHOOL LGBTQ+ ADVOCACY
CLINIC
122 Boylston Street
Jamaica Plain, MA 02130
Telephone: 617-390-2552
Facsimile: 617-522-0715
amarino@law.harvard.edu

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 23rd day of September 2022, a true and correct copy of the foregoing was electronically filed in the US District Court, Southern District of Florida, using the CM/ECF system. Notice was emailed to the following:

Erica Zaron, Erica.Zaron@miamidade.gov

Terrence Smith, Terrence.Smith@miamidade.gov.

*/s/ Scott D. McCoy*
Attorney for Plaintiffs