# Exhibit A

## SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS

That **GABRIELA AMAYA CRUZ**, **CHRISTIAN PALLIDINE**, and **ANGEL JAE TORRES BUCCI**, being of lawful age, on behalf of themselves, their heirs, executors, administrators, successors, and assigns (the "Releasors"), for the sole consideration of $145,000 (ONE HUNDRED AND FORTY-FIVE THOUSAND DOLLARS), do hereby release, acquit and forever discharge **DANIEL JUNIOR, JACQUELINE BARBER, TAMMY ROZIER, DEONDRE ROBINSON, MERLINE BORDES, THOMAS MILLER, JR., DONALD FORBES, ALTON MISSIAL, AMANDA BROWN, ANITA KOMNIAKIS, YOLANDA BARRETT, JOHNNIE HALL, NURSE JANE DOE 1, OFFICER JANE DOE 2, OFFICER JANE DOE 3, OFFICER JANE DOE 4, OFFICER JANE DOE 5, SUPERVISOR JEAN DOE 6, SUPERVISOR JEAN DOE 7, OFFICER JOHN DOE 8, OFFICER JANE DOE 9, OFFICER JOHN DOE 10, OFFICER JANE DOE 11, OFFICER JOHN DOE 12, OFFICER JANE DOE 13, OFFICER JANE DOE 14, OFFICER JANE DOE 15, OFFICER JOHN DOE 16, NURSE JANE DOE 17, and OFFICER JOHN DOE 18**, and all of their heirs, executors, administrators, successors and assigns ("Employees"), and **MIAMI-DADE COUNTY**, including any and all of Miami-Dade County's employees, agents, officers, commissioners, attorneys, officials, administrators, departments, agencies and instrumentalities (the "County") (Employees and the County referred to collectively as "Releasees") from any and all claims (whether asserted or not), actions, causes of action, demands, rights, damages, costs, claims for attorneys' fees, loss of service, expenses and compensation whatsoever, which Releasors now possess or have possessed, arising out of all known and unknown facts, conditions, or incidents, both foreseen and unforeseen, against any party specifically named in this Release but also against any unnamed employees, agents, officers, commissioners, attorneys, officials, administrators, departments, agencies and instrumentalities, arising from or in connection with the events described in the case styled *Cruz et al. v. Miami-Dade County et al.,* Case No. 22-20314-CIV-WILLIAMS, which was filed in the United States District Court for the Southern District of Florida (the "Action").

In executing this Agreement and Release, it is understood and agreed that this settlement is the compromise of a disputed claim, and that the payment made is not to be construed as an admission of liability on the part of any or all the Releasees, and that all parties deny liability therefor and intend merely to avoid litigation.

Miami-Dade County shall provide the above-referenced consideration within thirty (30) days after counsel for Miami-Dade County has received this Agreement and Release, fully executed by Releasors. Miami-Dade County shall provide payment by check made out to Southern Poverty Law Center, sent to Southern Poverty Law Center by overnight delivery (address to be provided separately). Southern Poverty Law Center shall hold the settlement payment in its trust account and shall not disburse the settlement funds to the Releasors, until such time as the Action is dismissed with prejudice.

Releasors hereby declare and represent that the injuries sustained are or may be permanent and progressive and that recovery therefrom is uncertain and indefinite and in making this Agreement and Release it is understood and agreed, that Releasors rely wholly upon their judgment, belief and knowledge of the nature, extent, effect and duration of said injuries and liability therefor, and that the Agreement and Release is made without reliance upon any statement or representation of any of the Releasees or their representatives or by any physician or mental health professional by them employed.

Releasors further declare and represent that no promise, inducement or agreement not herein expressed has been made to them, and that this Agreement and Release contains the entire agreement between the parties hereto, and that the terms of this Agreement and Release are contractual and not a mere recital.

Agreement and Release of All Claims
Gabriela Amaya Cruz, Christian Pallidine, and Angel Jae Torres Bucci
Page 2 of 4

Releasors agree to set aside sufficient funds from the above settlement funds to cover any and all Medicare and Medicaid bills, claims, penalties, interests, fines and liens whatsoever arising out of the occurrence set forth in the Action.  Releasors are responsible for compliance with all notice and other requirements pursuant to the Medicare Secondary Payer Statute (MSPS) codified at 42 U.S.C. §1395y(b)(2) and any other legislation, rule, statute, law or ordinance pertaining to the Medicare or Medicaid payments or claims arising out of the occurrence set forth in the Action.  Releasors agree to hold harmless and indemnify the Releasees for any and all bills, claims, penalties, interest, fines, liens, damages, double damages, demands, actions or causes of action whatsoever arising from Medicare or Medicaid's payment of or other processing of or participation regarding said claim arising out of the Action and/or any notice or other requirements of MSPS and/or 42 C F.R. § 411.24I, (g), (h), (i)(1) (2009) as amended arising in connection with the Action and/or any other legislation, rule, law, statute or ordinance addressing Medicare or Medicaid arising in connection with the Action, and from all damages, costs and expenses therefrom including, but not limited to, attorneys' fees and costs which the Releasees may bear and incur by reasons thereof.  Releasors further agree to fully cooperate and provide the Releasees with any and all material required by Medicare (CMS) to properly report the claim.

Releasors understand that any failure on their part to adhere to the conditions in the preceding paragraph and satisfy any ultimate Medicare lien, could result in liability to the Releasees and their counsel and, therefore, Releasors agree, in consideration of this settlement, and the monies to be paid in furtherance thereof, to hold harmless, defend and indemnify the Releasees and their counsel should any of the Releasors violate any of these conditions or fail to satisfy any Final Demand Letter (Final Medicare Lien) resulting in either a suit, claim or judgment by Medicare (CMS) against any of the Releasees and their counsel for the payments/reimbursement or conditional payments together with all interests, penalties, attorneys' fees, costs, fines, and/or double damages claimed as a result of such non-payment.

Releasors agree that the Releasees and their counsel have insisted that Medicare's interest be protected and the foregoing paragraphs represent material conditions of this settlement and Releasors thus accept and agree to these conditions.

Releasors accept responsibility for and agree to pay out of the settlement funds any and all liens, claims for reimbursement, bills and assigned or subrogated claims or interests, regardless of whether disclosed to Releasors, including, but not limited to, all liens, claims for reimbursement, assigned or subrogated claims or interests of collateral source payers as defined by Florida law, federal and state tax liens, Medicare or Medicaid liens, Social Security liens, hospital liens, workers compensation liens, any claims of insurers or other persons or entities that provide medical, rehabilitative, hospital, psychological or other healthcare benefits, federal or statutory common law liens, attorneys' fees and costs, and other assigned or subrogated claims or interest, which may be applicable to injuries or claims arising out of or related to any claims asserted by them or which could have been asserted by them or on their behalf arising out of the occurrence which is the subject of the Action.

Releasors further agree to indemnify and hold harmless all of the Releasees from all manner of action and actions, causes and causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, costs, expenses, covenants, contracts, controversies, agreements, promises, damages, judgments, executions, claims and demands whatsoever in law or in equity, which have or may be asserted by any third party arising out of any hospital bills, medical bills, rehabilitative bills, psychological bills, psychiatric bills, and all other bills or expenses of whatever kind whatsoever incurred by Releasors arising out of the occurrence set forth in the Action or out of any lien arising by operation of law or otherwise out of such bills or expenses, including but not limited to all attorneys' fees and costs.

Agreement and Release of All Claims
Gabriela Amaya Cruz, Christian Pallidine, and Angel Jae Torres Bucci
Page 3 of 4

Any failure to insist upon compliance with any term, covenant or condition contained in this Agreement and Release shall not be deemed a waiver of that term, covenant or condition, nor shall any waiver or relinquishment of any right or power contained in this Agreement and Release at any one time or more times be deemed a waiver or relinquishment of any right or power at any other time or times.

This Agreement and Release may be executed in any number of counterparts, each of which will be deemed to be an executed Agreement and Release and each of which shall be deemed to be one and the same instrument. A facsimile or digital signature shall be treated as an original signature for all purposes.

In the event litigation is initiated to enforce this Agreement and Release, the prevailing party will be entitled to recover its costs and reasonable attorneys' fees incurred in conjunction with the litigation, in addition to any other relief granted.

The Releasors have read the foregoing Release and fully understand it.

CAUTION: READ BEFORE SIGNING BELOW.

I have read and explained this Agreement and Release to my client.

_____
Attorney for the Releasors


I am authorized to sign this Agreement and Release on behalf of Miami-Dade County.

_____
Lupe Seco
Liability Claims Manager
Miami-Dade County, Risk Management Division, Internal Services Department


*ADDITIONAL SIGNATURES ON FOLLOWING PAGE*

Agreement and Release of All Claims
Gabriela Amaya Cruz, Christian Pallidine, and Angel Jae Torres Bucci
Page 4 of 4

_____
GABRIELA AMAYA CRUZ

David P. Brown
Notary Public, State of New York
Reg. No. 02BR6402234
Qualified in New York County
My Commission Expires 12/30/2023

This remote notarial act involved the use of communication technology.

_____
CHRISTIAN PALLIDINE

_____
ANGEL JAE TORRES

4

Agreement and Release of All Claims
Gabriela Amaya Cruz, Christian Pallidine, and Angel Jae Torres Bucci
Page 4 of 4

_____
GABRIELA AMAYA CRUZ

_____
Christian Pallidine (Sep 23, 2022 01:26 GMT+2)
CHRISTIAN PALLIDINE

_____
ANGEL JAE TORRES

City/County of ____Norfolk____ Commonwealth of Virginia

The foregoing instrument was acknowledged before me

this  22  day of    September   , 20  22   by

_____Christian Pallidine_____
*(Name of person seeking acknowledgment)*

This notarial act was performed: (check one) ☐ in person ☒ remote notarization

Notary Public's signature: _Ketsia McClease_         E*Notary Seal*

Notary registration number: ___327724___

My commission expires: ___04/30/2023___

KETSIA MCCLEASE
Electronic Notary Public
Commonwealth of Virginia
Registration No. 327724
My Commission Expires Apr 30, 2023

4

# 1663848511-settlement-and-release-9-22-22

Final Audit Report 2022-09-22

| | |
|---|---|
| Created: | 2022-09-22 |
| By: | Ketsia McClease (ketsiac@aol.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAApK0VojlPEoggaLkY8DWSduiYOjddF22i |

## "1663848511-settlement-and-release-9-22-22" History

- Document created by Ketsia McClease (ketsiac@aol.com)
  2022-09-22 - 11:19:00 PM GMT- IP address: 98.166.233.37

- Document emailed to Christian Pallidine (christianpallidine@gmail.com) for signature
  2022-09-22 - 11:19:35 PM GMT

- Email viewed by Christian Pallidine (christianpallidine@gmail.com)
  2022-09-22 - 11:24:36 PM GMT- IP address: 172.225.252.197

- Document e-signed by Christian Pallidine (christianpallidine@gmail.com)
  Signature Date: 2022-09-22 - 11:26:21 PM GMT - Time Source: server- IP address: 87.214.208.54

- Agreement completed.
  2022-09-22 - 11:26:21 PM GMT

Adobe Acrobat Sign